**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**BERNARD HEATH,**

    Plaintiff,                                        Case No. 06-cv-12519

vs.

                                                                 Hon. Avern Cohn

**TECHWELD INTERNATIONAL, INC., a**        Magistrate Judge Wallace Capel, Jr.
Michigan corporation,

    Defendant.

_____/

SOMMERS SCHWARTZ, P.C.
BY:    KEVIN J. STOOPS (P64371)
Attorney for Plaintiff
2000 Town Center, Suite 900
Southfield, Michigan 48075-1100
(248) 355-0300
_____/

## ORDER OF DEFAULT JUDGMENT

       This case having come before this Court upon Plaintiff's Application for Default Judgment and Motion for Attorney Fees and Costs, the Court having reviewed its file and heard oral arguments; the Court being more fully advised in the premises and for good cause shown;

       **NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

       1.    A money judgment is hereby entered in favor of Plaintiff, Bernard Heath, and against Defendant, Techweld International, Inc., in the amount of Four Hundred Seventy Thousand Three Hundred Ninety Two Dollars and Fifty Six Cents ($470,392.56) in past and future economic damages and for mental anguish, embarrassment, humiliation, mortification and

loss of professional reputation for his race discrimination claim brought pursuant to MCLA § 37.2101 *et seq*.

    2.    Pursuant to MCLA § 37.2801, Plaintiff is awarded attorney fees in the amount of $3,415.

    3.    Pursuant to Fed.R.Civ.P. 58, Plaintiff is awarded costs in the amount of $502.92.

    4.    This Judgment is a final Order in this matter, disposing of all claims, except those concerning an assessment of post-judgment interest pursuant to 28 U.S.C. § 1961.

Dated:  November 01, 2006                    s/Avern Cohn
                                                                       DISTRICT COURT JUDGE

LAW OFFICES
SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300